E. ALBERTA BERTSCH, RESPONDENT, v. ESTHER JONES, APPELLANT.

Submitted May 29, 1942—Decided September 18, 1942.

For the respondent, *Edwin Joseph O'Brien*.

For the appellant, *Kalisch & Kalisch*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, CASE, DONGES, HEHER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 12.

*For reversal*—None.